IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-195-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RODERICK LEMONT BROWN. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 43) and the government's motion to file response out of time (DE 46).

Upon review of the motion, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination. Continuation of supervised release in good standing, with successful employment and community activities as described by defendant, is consistent with the court's expectations at sentencing. The court commends defendant for his record of achievement while on supervised release. Early termination is not warranted at this time, however, given defendant's lengthy and violent criminal history, and his refusal to participate in rehabilitative program offered by the probation office. Defendant also has not shown that supervision is hindering his commendable efforts at rehabilitation. Accordingly, defendant's motion for early termination of supervised release (DE 43) is DENIED. The government's motion to respond out of time (DE 46) is GRANTED.

SO ORDERED, this the 12th day of August, 2026.

LOUISE W. FLANAGAN
United States District Judge